## Commonwealth *v.* Shultz, Appellant.

Submitted November 11, 1968. *Thomas S. Barbor,* for appellant; *W. Thomas Malcolm,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Stupak, Appellant.

Argued November 14, 1968. *Martin M. Sheinman,* for appellant; *Carol Mary Los,* Assistant District Attorney, with her *Charles B. Watkins,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., absent.